**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

MICHAEL HAUSER,

                Plaintiff,

vs.                                                   Case No.  3:18-cv-143-J-39JRK

WESTLAKE SERVICES, LLC,

                Defendant.
_____/

## O R D E R

1.     The Joint Motion to Extend Mediation Deadline (Doc. No. 18), filed May 14, 2018, is **GRANTED**.

2.     The parties shall conduct mediation by **July 19, 2018.**

3.     All other terms and deadlines set forth in the Case Management and Scheduling Order and Referral to Mediation (Doc. No. 13), entered April 6, 2018, shall remain intact.

**DONE AND ORDERED** at Jacksonville, Florida on May 15, 2018.

                                                                   _____
                                                                     JAMES R. KLINDT
mdc                                                         United States Magistrate Judge
Copies to:
Counsel of Record